# THE STATE OF TEXAS
# CITATION

CAUSE NO. CC-20-05410-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

TO:

RT WHOLESALE, LLC DBA FOOD EVOLUTION
818 METRO MEDIA PLACE
DALLAS TX 75247

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**ALMUIZ ALTIEP**
*Plaintiff(s)*

VS.

**RT WHOLESALE, LLC DBA FOOD EVOLUTION**
*Defendant(s)*

filed in said Court on the 15th day of December, 2020 a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 15th day of January, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_, Deputy
Guisla Hernandez



---

**ATTORNEY**
**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-20-05410-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

ALMUIZ ALTIEP, *Plaintiff(s)*

VS.

RT WHOLESALE, LLC DBA FOOD EVOLUTION, *Defendant(s)*

SERVE:
RT WHOLESALE, LLC DBA FOOD EVOLUTION
818 METRO MEDIA PLACE
DALLAS TX 75247

ISSUED THIS
15TH DAY OF JANUARY, 2021

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
CHRIS MILTENBERGER
1360 N WHITE CHAPEL
SUITE 200
SOUTHLAKE TX 76092-4322
817-416-5060

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

# OFFICER'S RETURN

CC-20-05410-A   County Court at Law No. 1

ALMUIZ ALTIEP vs.RT WHOLESALE, LLC DBA FOOD EVOLUTION

**ADDRESS FOR SERVICE:**
818 METRO MEDIA PLACE
DALLAS TX 75247

**Fees:**

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to RT WHOLESALE, LLC DBA FOOD EVOLUTION in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

Serving Petition and Copy    $_____    _____, Officer

Total   $_____                    _____, County, Texas

                                                    By:_____, Deputy

                                                    _____, Affiant