# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **Almuiz Altiep** | § | |
| Plaintiff, | § § § § | |
| | § | CA No: 3: 3:21-CV-316-N |
| v. | § § | |
| **RT Wholesale, LLC dba Food Evolution** | § § § § | Jury Demanded |
| Defendant | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Almuiz Altiep and Defendant RT Wholesale, LLC dba Food Evolution (collectively, the "Parties") hereby stipulate to the dismissal of all claims asserted in this action, with prejudice, all Parties bearing their own attorneys' fees and costs, and request that the Court enter the attached Order of Dismissal with Prejudice.

2. WHEREFORE, the Parties request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendants in this action with each party bearing their own attorney's fees and costs.

//

Respectfully submitted:

By: /s/ *Chris R. Miltenberger*  
Chris R. Miltenberger  
Texas Bar No. 10714050  

THE LAW OFFICE OF  
CHRIS R. MILTENBERGER, PLLC  

1360 N. White Chapel, Suite 200  
Southlake, Texas 76092  
T: 817-416-5060 | F: 817-416-5062  
chris@crmlawpractice.com  

**COUNSEL FOR PLAINTIFF**

By: /s/ *Christian P. Shippee*  
Christian P. Shippee  
Texas Bar No. 24033063  
Barry A. McCain  
Texas Bar No. 24092787  

TOUCHSTONE, BERNAYS,  
JOHNSTON, BEALL, SMITH &  
STOLLENWERCK, LLP  

1717 Main Street, Suite 3400  
Dallas, Texas 75201  
Phone: 214-672-8284  
Fax: 214-259-8784  
christian.shippee@tbjbs.com  
Barry.McCain@tbjbs.com  

**COUNSEL FOR DEFENDANT RT WHOLESALE, LLC**

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: /s/ *Chris R. Miltenberger*  
Chris R. Miltenberger